1 THOMAS W KIELTY (No. 164186)
2 2nd FL, Ste 200
11400 W Olympic Blvd
3 Los Angeles, CA 90064-1584
4 Telephone (310) 393-0515
Cell phone (310) 621-7928
5 Facsimile (310) 626-8521
6 tomkielty@earthlink.net

7 Attorney for Defendant,
8 **Thomas Kielty**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS KIELTY, WENDY AVERILL, AND MARILEE FRANCE,<br><br>    Plaintiffs,<br><br>        v.<br><br>**CITY OF LOS ANGELES,**<br><br>    Defendant. | CASE NO. CV 09-09176 DMG (RCx)<br><br>[PROPOSED] ORDER FOR DISMISSAL [15] JS-6 |

**<u>ORDER</u>**

Having reviewed the stipulation filed herein, and for good cause shown, IT IS HEREBY ORDERED

//

//

-- 1 --
[PROPOSED] ORDER FOR DISMISSAL OF CASE NO. 09-CV-09176 DMG (RCx)

that the court dismisses the above captioned action, with prejudice pursuant to FRCP 41(a)(1).

Dated:  May 3, 2010

_____
Hon. Dolly M. Gee
United States District Judge

Submitted by:                                                          //s//

_____
Dated:  28 April 2010                                     THOMAS W. KIELTY
                                                                       Attorney for Thomas Kielty

-- 2 --
[PROPOSED] ORDER FOR DISMISSAL OF CASE NO. 09-CV-09176 DMG (RCx)